_____

No. 96-2371
_____

United States of America,          *
                                   *
          Appellee,                *
                                   *   Appeal from the United States
     v.                            *   District Court for the
                                   *   District of South Dakota.
Joseph Moses,                      *
                                   *       [UNPUBLISHED]
          Appellant.              *


                              _____

              Submitted:  November 8, 1996

                 Filed:  November 15, 1996
                              _____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
                              _____

PER CURIAM.


     Joseph Moses appeals from the 48-month sentence imposed by the
district court[1] following his guilty plea to distributing methamphetamine,
in violation of 21 U.S.C. § 841(a)(1).  The sentence reflected a
substantial-assistance downward departure from the Guidelines range.  We
have carefully reviewed the record and conclude Moses knowingly and
voluntarily waived his right to appeal under these circumstances.  See
United States v. Rutan, 956 F.2d 827, 829 (8th Cir. 1992); United States
v. Albers, 961 F.2d 710, 712 (8th Cir. 1992).


     Accordingly, the appeal is dismissed.  Moses's motion to supplement
the record with the transcript of a co-defendant is denied.


_____

     [1]The HONORABLE RICHARD H. BATTEY, Chief Judge, United States
District Court for the District of South Dakota.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.